### McMAIL v. MICHAELS.

(Supreme Court, Appellate Term, Second Department. March 24, 1914.)

CHATTEL MORTGAGES (§ 6*)—CONDITIONAL SALES DISTINGUISHED.

Where a seller of furniture took a chattel mortgage back from the purchaser to secure the purchase price, it was not a conditional sale, for the title passed to the purchaser and then back under the chattel mortgage.

[Ed. Note.—For other cases, see Chattel Mortgages, Cent. Dig. §§ 23–41; Dec. Dig. § 6.*]

Appeal from Municipal Court, Borough of Brooklyn.

Action by one McMail against one Michaels. From a judgment for defendant, plaintiff appeals. Affirmed.

Argued March term, 1914, before MADDOX, BLACKMAR, and KELBY, JJ.

Charles H. Levy, of Brooklyn, for appellant.
A. E. McElhinney, for respondent.

PER CURIAM. The defendant took the property under the chattel mortgage for conceded default in performance of the conditions stipulated. The plaintiff had no right left but redemption in equity. The defendant is not liable either for conversion or for the return of the money paid on the furniture under section 65 of the Personal Property Law (Consol. Laws, c. 41). This is not a case of conditional sale, for the title passed to the plaintiff on the sale and back to defendant under the chattel mortgage. That defendant took property not covered by the mortgage was disputed, and the judgment on the second cause of action will not be disturbed.

Judgment affirmed, with costs.